THE PEOPLE OF THE TERRITORY OF GUAM, Plaintiff

v.

ENRIQUE BAZA QUICHOCHO, Defendant

Criminal Case No. 167F-78

Superior Court of Guam

January 11, 1979

---

ABBATE, *Presiding Judge*

DECISION

Defendant moves for a motion to reduce a three (3) year sentence. The defendant pleaded guilty to possession of a concealed weapon.

Motion is DENIED.

SO ORDERED.